IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:15-cv-113- BO

| Wells Fargo Bank, N.A., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ENTRY OF DEFAULT |
|  | ) |  |
| Stirling Properties of NC, LLP; Terrence B. Dean; and Darnell A. Dean, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, upon Plaintiff's Motion for Entry of Default against Defendants Stirling Properties of NC, LLP, Terrence B. Dean, and Darnell A. Dean; and

**IT APPEARING TO THE COURT** that Defendants Stirling Properties of NC, LLP, Terrence B. Dean, and Darnell A. Dean are in default for failure to file an answer or other responsive pleading to the Complaint as required by law;

**NOW, THEREFORE**, default is hereby entered against Defendants Stirling Properties of NC, LLP, Terrence B. Dean, and Darnell A. Dean pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 14th day of July, 2015.

Julie Richards Johnston